# 05 _ 1 1 3 5 9 WGY

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District of Massachusetts (Boston) | |
|---|---|---|
| Name (under which you were convicted): HECTOR RODRIGUEZ | D.MA.B. Civil No. | |
| Place of Confinement:  FCI. P.O. Box 1000, Loretto, Pa.  15940 | Prisoner No.: 22740-038 | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. | HECTOR RODRIGUEZ | |

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    U.S.District Court, District of Massachusetts (Boston)
    United States Courthouse, 1 Courthouse Way
    Boston, Massachusetts     02210

    (b) Criminal docket or case number (if you know): ___99-CR-10257-WGY___

2.  (a) Date of the judgment of conviction (if you know): May 16,2001.

    (b) Date of sentencing: May 16,2001.

3.  Length of sentence: ___240 months.

4.  Nature of crime (all counts): ___21 U.S.C. §846 Conspiracy to Distribute
    and to Possess with Intent to distribute Cocaine and
    Cocaine base.

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☐          (2) Guilty ☒X         (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? _____
                                            N/A

6.  If you went to trial, what kind of trial did you have? (Check one)     Jury ☐        Judge only ☐

# 0 5 _ 1 1 3 5 9 WGY

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒☒

8. Did you appeal from the judgment of conviction?   Yes ☒☒   No ☐

9. If you did appeal, answer the following:

(a) Name of court: __United States Court of Appeals/ First Circuit__

(b) Docket or case number (if you know): __01-1779__

(c) Result: __Affirmed__

(d) Date of result (if you know): __December 19,2002.__

(e) Citation to the case (if you know): _____

(f) Grounds raised: __Whether District Court erred by not abiding to__
__terms of Fed.R.Crim.P. 32. - Whether District Court erred__
__by refusing a Third level reduction for acceptance of re-__
__sponsibility. - Whether District Court erred by denying a__
__downward departure U.S.S.G. §5K1.1. - Whether District Court__
__erred by not holding evidentiary hearing on weight of Narcotics.__
__Whether defendant plea evinced a genuine understanding of charges.__

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☒☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __U.S.D.C.District of Massachusetts (Boston)__

(2) Docket or case number (if you know): __03-cv-11170-WGY__

(3) Date of filing (if you know): __June 10,2003.__

(4) Nature of the proceeding: _____ 28 U.S.C. §2255. _____

(5) Grounds raised: ___ Ineffective Assistance of Counsel ___

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ☒☒

(7) Result: _Judge **(YOUNG) SUA SPONTE** denied §2255 motion._

(8) Date of result (if you know): _____ July 25, 2003. _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:        Yes ❑   No ☒☒

(2)  Second petition:    Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: _____

_____

_____ : _____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: SIXTH Amendment to the U.S. Constitution Mandates
that the federal sentencing guidelines are unconstitutional.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
    My sentence was mandatorily increased to 240 months from
a lesser sentence in violation of the United States
Constitution, 6th Amendment.

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: United States
    v. Booker was not decided until January 12,2005.

_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑    No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO:   The Federal Sentencing Guidelines violate the 6th
Amend. U.S. Constitution by allowing Judge to impose sentence
which is not based on facts found by a jury.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
     The District Court sentenced defendant to 20 years based
on facts which were not considered by the jury or proven
beyond a reasonable doubt.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: **United States v. Booker** was not decided until January 12,2005.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _____

_____
_____
_____

13. Is there any ground in this motion that you have not previously presented in some federal court?
If so, which ground or grounds have not been presented, and state your reasons for not
presenting them:   Neither ground raised in this motion has never
been previously presented in Federal Court because **United
States v. Booker** was not decided until January 12,2005.

_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court
for the judgment you are challenging?      Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of
proceeding, and the issues raised. _____

_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following
stages of the judgment you are challenging:
(a) At preliminary hearing: _____

(b) At arraignment and plea: _Karnig Boyajian, Esq._____
one Gateway Center, Suite 315, Newton, Ma. 02458-2802

(c) At trial: ____same as above_____

(d) At sentencing: ____same as above_____

(e) On appeal: Timothy F. Cullen, Esq.

101 Tremont St. Room 1110, Boston, MA.    02108

(f) In any post-conviction proceeding: __pro se__

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
none

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☒☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*   Under 28 U.S.C. section  2255(6); the right being asserted here were first recognized in **United States** **v. Booker,** 2005 WL 50108, issued January 12,2005.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>Please reduce my</u>
   <u>sentence to time served.</u>

or any other relief to which movant may be entitled.

(This form was prepared by a
 follow inmate on behalf of
 Hector Rodriguez by viryue
 of his inability to comprehend
 the English language)

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>June</u>
 <u>23 ,2005</u> (month, date, year).

Executed (signed) on <u>6-23-05</u>  (date).

*Hector Rodriguez*

Signature of Movant
Hector Rodriguez

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

* * * * *